UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JILL ABERCROMBIE,

    Plaintiff,

v.                                    Case No: 6:18-cv-772-Orl-40KRS

PAGANO'S BROS, INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Settlement Approval (Doc. 11) filed on June 22, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 28, 2018 (Doc. 12), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court **FINDS** that the settlement agreement (Doc. 11-1) is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

3. The Motion for Settlement Approval (Doc. 11) is **GRANTED**.

4. The case is **DISMISSED with prejudice**.

5. Plaintiff's counsel is **PROHIBITED** from withholding any portion of the $1,850.00 she is to receive under the settlement agreement pursuant to a contingency agreement or otherwise.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 13, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties